Erica A. Maharg (Bar No. 279396)
M. Benjamin Eichenberg (Bar No. 270893)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: erica@baykeeper.org
Email: ben@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>VISION RECYCLING; TWDC INDUSTRIES CORP dba VISION RECYCLING; TOM DEL CONTE; ROBERTO AGUIRRE,<br><br>Defendants. | Case No.: 2:18-cv-3154<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ASSOCIATED DEADLINES AND DEADLINE FOR ANSWER; ORDER**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.*)<br><br>Filed: December 6, 2018<br><br>Honorable Kimberly J. Mueller |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on December 6, 2018, Plaintiff San Francisco Baykeeper filed the Complaint in the |
| 3 | above-entitled action (Dkt. No. 1); |
| 4 | WHEREAS, on January 22, 2019, Plaintiff requested a waiver of service of summons from |
| 5 | Defendants, and on February 27, 2019, Defendants waived service (Dkt. No. 5); |
| 6 | WHEREAS, Defendants' deadline to file an answer to the Complaint by March 25, 2019; |
| 7 | WHEREAS, on December 6, 2018, the Court set the initial Status Conference in this matter for |
| 8 | April 11, 2019 at 2:30 p.m. (Dkt. No. 3); |
| 9 | WHEREAS, the Court's December 6, 2019 Order requires the Parties to meet and confer as |
| 10 | contemplated by Federal Rule of Civil Procedure 26 and Local Rule 240(b), at least twenty-one (21) |
| 11 | days before the Status Conference or by March 21, 2019 (Dkt. No. 3); |
| 12 | WHEREAS, the Court's December 6, 2019 Order also requires the Parties to submit a Joint |
| 13 | Status Report that includes the Rule 26(f) discovery plan at least seven (7) days before the Status |
| 14 | Conference or by April 4, 2019 (Dkt. 3); |
| 15 | WHEREAS, on March 18, 2019, the parties stipulated to and requested a continuance of the |
| 16 | Status Conference and related deadlines, as well as Defendants' deadline to respond to the complaint, in |
| 17 | order to allow the Parties to engage in settlement negotiations (Dkt. 6); |
| 18 | WHEREAS, on March 20, 2019, the Court adopted the Parties' Stipulated Request to Continue |
| 19 | and reset the Status Conference to May 23, 2019, ordered the Parties to file a joint status report seven |
| 20 | days prior to the Status Conference, and extended the deadline for Defendants' answer to May 9, 2019 |
| 21 | (Dkt. 8); |
| 22 | WHEREAS, the Parties have successfully engaged in and are moving forward with good faith |
| 23 | settlement negotiations; |
| 24 | WHEREAS, the Parties have reached agreement on the majority of issues in the case but have |
| 25 | not finalized a settlement; |
| 26 | WHEREAS, the Parties desire to continue informal negotiations in good faith and anticipate |
| 27 | reaching a final settlement in this action in three to four weeks; |
| 28 | WHEREAS, the Parties desire to continue the Status Conference and associated deadlines, as |

well as Defendants' deadline to answer, to allow for additional time to reach a settlement and to preserve the resources of the Court;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Status Conference shall be continued until June 27, 2019, at 2:30 p.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court;

2. The Parties shall meet and confer as contemplated by Federal Rule of Civil Procedure 26 and Local Rule 240(b), to twenty-one (21) days before the continued Status Conference;

3. The Parties shall submit a Joint Status Report that includes the Rule 26(f) discovery plan at least seven (7) days before the continued Status Conference; and

4. Defendants' deadline to file an answer shall be continued until June 13, 2019.

WHEREFORE, the Parties respectfully request the Court to approve and enter the Proposed Order below.

Respectfully Submitted,

DATE: April 25, 2019    SAN FRANCISCO BAYKEEPER

By: /s/ Erica A. Maharg
ERICA A. MAHARG
Attorneys for Plaintiff


Dated: April 25, 2019    MICHEL & ASSOCIATES, P.C.

By: /s/ W. Lee Smith
W. LEE SMITH
Attorneys for Defendants
VISION RECYCLING; TWDC INDUSTRIES CORP dba VISION RECYCLING; TOM DEL CONTE; ROBERTO AGUIRRE

I attest that W. Lee Smith for Defendants has concurred to the filing of this document.

DATE: April 25, 2019    /s/ Erica A. Maharg
ERICA A. MAHARG
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

**ORDER**

GOOD CAUSE APPEARING,

1. The Status Conference shall be continued to August 1, 2019 at 2:30 p.m.
2. The Parties shall meet and confer, as contemplated by Federal Rule of Civil Procedure 26 and Local Rule 240(b), twenty-one (21) days before the continued Status Conference.
3. The Parties shall submit a Joint Status Report that includes the Rule 26(f) discovery plan at least seven (7) days before the continued Status Conference.
4. Defendants' deadline to file an answer shall be continued until June 13, 2019.

IT IS SO ORDERED.

DATE: May 1, 2019.

_____
UNITED STATES DISTRICT JUDGE